STATE OF NEW JERSEY v. THOMAS H. WALKER, JR.

March 17, 1980.

Petition for certification denied.

MAUREEN WILCZEWSKI v. 924 BERGEN AVENUE
CORPORATION.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE WILLIAMS.

March 25, 1980.

Petition for certification denied.